INTERNATIONAL RY. CO. v. CRAWFORD. (Circuit Court of Appeals, Second Circuit. November 13, 1918.) No. 38. In Error to the District Court of the United States for the Western District of New York. Action between the

International Railway Company and Alice Crawford. There was a judgment for the latter, and the former brings error. Affirmed. Cohn, Chormann & Franchot, of Niagara Falls, N. Y. (Edward J. Franchot, of Niagara Falls, N. Y., of counsel), for plaintiff in error. Bartlett & Roberts, of Buffalo, N. Y. (Eugene M. Bartlett, of Buffalo, N. Y., of counsel), for defendant in error. Before WARD, ROGERS, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.